IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY A. BRYAN,

    Plaintiff,

      v.

DEKALB COUNTY CODE
ENFORCEMENT DEPARTMENT, et
al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4197-TWT

## ORDER

    This is a pro se civil rights action. It is before the Court on the Defendants'

Motion to Dismiss [Doc. 23]. The Plaintiff has completely failed to respond to the

Defendants' discovery requests notwithstanding the Order granting the Defendants'

Motion to Compel. The appropriate remedy must be a dismissal with prejudice.

Otherwise, a Plaintiff such as this Plaintiff could completely frustrate the orderly

process of litigation by ignoring an order of the Court and then just refiling the action.

The Defendants' Motion to Dismiss [Doc. 23] is GRANTED. This action is

DISMISSED with prejudice.

SO ORDERED, this 20 day of November, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge